UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., <br><br> Plaintiff, <br><br> -against- <br><br> ANTHONY MEDIGO, <br><br> Defendant. | Civil Action No. 20 cv 9634 <br><br> **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Siemens Medical Solutions USA, Inc. states that it is a wholly-owned subsidiary of Siemens Healthineers Beteilligungen GmbH & Co KG Rottenbach, which is a wholly-owned subsidiary of Siemens Healthineers AG, which is publicly traded on the Frankfurt Stock Exchange.

Dated:  November 16, 2020

                                                **LITTLER MENDELSON, P.C.**
                                                Attorneys for Plaintiff

                                                By:  /s/ Eric A. Savage
                                                          Eric A. Savage

                                                900 Third Avenue
                                                New York, New York 10022
                                                Tel.: 212.583.9600
                                                Fax: 973.215.2620
                                                esavage@littler.com