# EXHIBIT C



**Payslip**

Page: 1 of 2

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| **Anthony Medigo** | **869444** | **Healthcare BW Domestic** |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| **869444** | **E869444** | **ANNUAL EXEC** |
| **Hire Date** | **Job Title** | **Tax Reporting Unit Name** |
| 14-Nov-2016 | **PPORTMASM-Product Portfolio Management Manager** | **Siemens Medical Solutions USA, Inc.** |
| **Employee Address** | **Position** | **Tax Reporting Unit Address** |
| **111 Fulton Street** <br> **Apt 501** <br> **New York, New York 10038** <br> **US** | | **40 Liberty Blvd** <br> **Malvern, PA 19355** <br> **US** <br> **1-866-743-6367** |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| **Biweekly** | **6-Jul-2020** | **19-Jul-2020** | **24-Jul-2020** | **300,000.00** |

| Summary | | |
|---|---:|---:|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | **405,000.00** | **584,584.62** |
| Imputed Earnings | **0.00** | **161.56** |
| Pretax Deductions | **0.00** | **15,923.13** |
| Employee Tax Deductions | **154,607.26** | **224,910.61** |
| Net Payment | **250,392.74** | **343,589.32** |

| Taxable Gross | | |
|---|---:|---:|
| **Description** | **Current** | **Year to Date** |
| FED Taxable Gross | **405,000.00** | **568,661.49** |
| State Taxable Gross - NY | **405,000.00** | **568,661.49** |
| City Taxable Gross - NY, New York, New York | **405,000.00** | **568,661.49** |
| Medicare Taxable Gross | **405,000.00** | **584,584.62** |
| Social Security Taxable Gross | **405,000.00** | **584,584.62** |

| Earnings | | |
|---|---:|---:|
| **Description** | **Current** | **Year to Date** |
| Holiday | **0.00** | **5,769.23** |
| Memo - GTL | **0.00** | **161.56** |
| PTO Payout | **0.00** | **20,192.31** |
| Regular Salary | **0.00** | **153,461.52** |
| Severance | **405,000.00** | **405,000.00** |

| Description | Start Date | End Date | Hours | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|
| | | | | | | |

| Hours | | |
|---|---:|---:|
| **Description** | **Current** | **Year to Date** |
| Holiday Hours Worked | **0.00** | **40.00** |
| Memo - GTL Hours Worked | **0.00** | **1,120.00** |
| PTO Payout Hours Worked | **0.00** | **140.00** |
| Regular Salary Hours Worked | **0.00** | **1,064.00** |

| Pretax Deductions | | |
|---|---:|---:|
| **Description** | **Current** | **Year to Date** |
| Basic 401K PTX | **0.00** | **9,553.88** |
| Supplemental 401K PTX | **0.00** | **6,369.25** |



**Payslip**

| Tax Deductions | | |
|---|---:|---:|
| **Description** | **Current** | **Year to Date** |
| FIT Withheld | **89,100.00** | **129,468.50** |
| Medicare Employee Withheld | **9,333.76** | **11,937.74** |
| Social Security Employee Withheld | **0.00** | **8,537.40** |
| SIT Withheld (NY) | **38,961.00** | **50,868.79** |
| SDI Employee Withheld (NY) | **0.00** | **16.80** |
| Family Leave Insurance Employee Withheld (NY) | **0.00** | **196.72** |
| City Withheld (NY,New York,New York) | **17,212.50** | **23,884.66** |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---:|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Account Type** | **Payment Amount** |
|  | 021000322 BANK OF AMERICA, NATIONAL ASSOCIATION | BANK OF AMERICA, NATIONAL ASSOCIATION |  | CHECKING | **250,392.74** |

| Tax Withholding Information | | | | |
|---|---|---|---|---:|
| **Type** | **Marital Status** | **Exempt** | **Exemptions** | **Additional Amount** |
| FEDERAL | Married and withholding at higher single rate | N | 0 | **0.00** |
| NY | Single | N | 0 | |
| NY, New York, New York |  |  | 0 | **0.00** |