EXHIBIT D

 
| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Anthony Medigo | 869444 | Healthcare BW Domestic |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| 869444 | E869444 | ANNUAL EXEC |
| **Hire Date** | **Job Title** | **Tax Reporting Unit Name** |
| 14-Nov-2016 | PPORTMASM-Product Portfolio Management Manager | Siemens Medical Solutions USA, Inc. |
| **Employee Address** | **Position** | **Tax Reporting Unit Address** |
| 111 Fulton Street<br>Apt 501<br>New York, New York 10038<br>US | | 40 Liberty Blvd<br>Malvern, PA 19355<br>US<br>1-866-743-6367 |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 3-Aug-2020 | 16-Aug-2020 | 21-Aug-2020 | 300,000.00 |

| Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Gross Earnings | 2,084.00 | 586,668.62 |
| Imputed Earnings | 0.00 | 161.56 |
| Pretax Deductions | 0.00 | 15,923.13 |
| Employee Tax Deductions | 797.70 | 225,708.31 |
| Net Payment | 1,286.30 | 344,875.62 |

| Taxable Gross | | |
|---|---|---|
| Description | Current | Year to Date |
| FED Taxable Gross | 2,084.00 | 570,745.49 |
| State Taxable Gross - NY | 2,084.00 | 570,745.49 |
| City Taxable Gross - NY, New York, New York | 2,084.00 | 570,745.49 |
| Medicare Taxable Gross | 2,084.00 | 586,668.62 |
| Social Security Taxable Gross | 2,084.00 | 586,668.62 |

| Earnings | | |
|---|---|---|
| Description | Current | Year to Date |
| Holiday | 0.00 | 5,769.23 |
| Memo - GTL | 0.00 | 161.56 |
| PTO Payout | 0.00 | 20,192.31 |
| Regular Salary | 0.00 | 153,461.52 |
| SMPProrate | 2,084.00 | 2,084.00 |
| Severance | 0.00 | 405,000.00 |

| Description | Start Date | End Date | Hours | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|

| Hours | | |
|---|---|---|
| Description | Current | Year to Date |
| Holiday Hours Worked | 0.00 | 40.00 |
| Memo - GTL Hours Worked | 0.00 | 1,120.00 |
| PTO Payout Hours Worked | 0.00 | 140.00 |
| Regular Salary Hours Worked | 0.00 | 1,064.00 |

| Pretax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Basic 401K PTX | 0.00 | 9,553.88 |



| | | |
|---|---:|---:|
| Supplemental 401K PTX | 0.00 | 6,369.25 |
| **Tax Deductions** | | |
| **Description** | **Current** | **Year to Date** |
| FIT Withheld | **458.48** | **129,926.98** |
| Medicare Employee Withheld | **48.97** | **11,986.71** |
| Social Security Employee Withheld | **0.00** | **8,537.40** |
| SIT Withheld (NY) | **200.48** | **51,069.27** |
| SDI Employee Withheld (NY) | **1.20** | **18.00** |
| Family Leave Insurance Employee Withheld (NY) | **0.00** | **196.72** |
| City Withheld (NY,New York,New York) | **88.57** | **23,973.23** |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Account Type** | **Payment Amount** |
| | 021000322 BANK OF AMERICA, NATIONAL ASSOCIATION | BANK OF AMERICA, NATIONAL ASSOCIATION | ███████ | CHECKING | 1,286.30 |

| Tax Withholding Information | | | | | | |
|---|---|---|---|---|---|---|
| **Type** | **Marital Status** | **Exempt** | **Total Dependent Amount** | **Extra Withholding** | **Exemptions** | **Additional Amount** |
| FEDERAL | Married and withholding at higher single rate | N | | | 0 | **0.00** |
| NY | Single | N | | | 0 | |
| NY, New York, New York | | | | | 0 | **0.00** |