# EXHIBIT 1

**From:** askhr-caseupdate.us@siemens.com
**Date:** July 23, 2020 at 9:52:53 PM EDT
**To:** amedigo@gmail.com
**Subject: CAS-23184984 :  H.869444.Anthony Medigo : Employment agreement**

Hi Anthony,

Our AskHR received your request for your employment agreement. I wanted to reach out to you and advise that, based on our internal policies, as a former employee, we are not permitted to release any employment records to you. Thank you.

Best regards,

Lisa  Henry

Global Business Services, H2R