# EXHIBIT 3

11/21/2020, Dr. Mani Vannan Discusses Use of Siemens Revolutionary True Volume 3D TEE Technology - Siemens Healthineers USA

Case 1:20-cv-09634-JPO Document 14-3 Filed 11/21/20 Page 2 of 4




Home › News & Stories › Dr. Mani Vannan Discusses Use of Siemens Revolutionary True Volume 3D TEE Technology

# Dr. Mani Vannan Discusses Use of Siemens Revolutionary True Volume 3D TEE Technology

May 29, 2015

Learn how 3D TEE offers real-time imaging of heart structures for both anatomy and blood flow – visualizing valves and heart chambers, identifying valve diseases, mitral regurgitation jet placement, and improving measurements automatically.

This 12-minute webinar features Dr. Mani Vannan of Piedmont Heart Institute in Atlanta. Topics covered are:

- Viewing heart and dynamic blood flow in one view, real-time
- Quantifying volumes automatically, daily use
- Aiding in selection of interventional valve procedures
- Mitral valve in 3D
- Automatic quantification



↗ http://www.cardiovascularbusiness.com/events/webcasts/welcome-3d-tee-how-technology-transforming

**Further Information**

Advancing 3D TEE



Case 1:20-cv-09634-JPO Document 14-3 Filed 11/21/20 Page 3 of 4

**Subscribe to Newsletter**

---

Products & Services

Support & Documentation

Insights

About Us

  

## Subscribe

Be the first to know about our events, trainings and news

**Sign up**

11/21/2020 Dr. Mani Vannan Discusses Use of Siemens Revolutionary TrueVolume 3D TEE Technology - Siemens Healthineers USA

Case 1:20-cv-09634-JPO Document 14-3 Filed 11/21/20 Page 4 of 4

## Feedback

  

---

Siemens Medical Solutions USA, Inc. ©2020 | Address: 40 Liberty Boulevard, Malvern, PA 19355, United States of America  | Tel: +1 888-826-9702  |

Corporate Information  | Compliance Manual  | Privacy Policy  | Terms of Use  | Siemens USA