# EXHIBIT 4




Home  ›  Medical Imaging  ›  Ultrasound Machines  ›
Video: Echocardiography Thought Leaders Discuss Latest Methods for Quantifying MR

# Video: Echocardiography Thought Leaders Discuss Latest Methods for Quantifying MR

With the increasing importance of accurately quantifying Mitral Regurgitation (MR), you won't want to miss our video from the panel discussion that occurred during the American Society of Echocardiography 2017 annual meeting.



The speakers included:

**Moderator: Nat Pandian, MD,** *Hoag Heart*
**Lissa Sugeng, MD,** *Yale University*
**Richard Grimm, MD,** *Cleveland Clinic*
**Bob Burke, MD,** *HonorHealth*

**William A. Zoghbi, MD,** *Houston Methodist*
**Mani Vannan, MD,** *Piedmont Heart Institute*
**Muhamed Saric, MD,** *New York University*

View our 4-minute video to see peer-to-peer best practice sharing as they discuss using improved quantification tools in echocardiography to better assess MR.

To learn more about the ACUSON SC2000 ultrasound system that these physicians use, please visit ↗ www.usa.siemens.com/sc2000

To request more information from a Siemens Healthineers echocardiography specialist, please complete the form below:

Name:*

Email:*

Phone:*

Organization:*

City:*

State:

Country*

Please select...

☐ Yes, I'd like to receive ultrasound-related news from Siemens Healthineers.

Case 1:20-cv-09634-JPO Document 14-4 Filed 11/21/20 Page 4 of 5

☐ I hereby consent to the processing of my above given personal data by the Siemens Healthineers company referred to under **Corporate Information** and for the purpose described above. Further information concerning the processing of your data can be found in the **Data Privacy Policy**.
I am aware that I can partially or completely revoke this consent at any time for the future. Please declare your revocation to the contact address given in the Corporate Information and send it to us via the following e-mail address: dataprivacy.func@siemens-healthineers.com.*

* Required

Submit

Contact Us

Services & Support

Education & Training

Subscribe to Newsletter

Products & Services

## Support & Documentation

## Insights

## About Us

 

## Subscribe

Be the first to know about our events, trainings and news

Sign up

## Feedback

Siemens Medical Solutions USA, Inc. ©2020 | Address: 40 Liberty Boulevard, Malvern, PA 19355, United States of America | Tel: +1 888-826-9702 |

Corporate Information | Compliance Manual | Privacy Policy | Terms of Use | Siemens USA