# EXHIBIT A



October 12, 2020

**BY EMAIL ONLY**

Heather A. Hoyt, Esq.
Siemens Medical Solutions USA, Inc.
40 Liberty Blvd.
Malvern, PA 19355

      Re:    <u>Anthony Medigo/Siemens Healthineers</u>

Dear Ms. Hoyt:

Thank you for your letter of October 7, 2020, addressed to Anthony Medigo. NuVera Medical has looked into this matter further in response to your letter and we can assure you that Mr. Medigo has no intention of violating any lawful obligations that may be contained in his agreements with Siemens Healthineers.

First and foremost, please understand that Mr. Medigo will not be called upon to use or disclose any confidential or proprietary information of Siemens Healthineers. In fact, prior to your October 7 letter, Mr. Medigo already promised in writing that, in connection with his service to NuVera Medical, he would not breach any obligations regarding such information and would not use or disclose any information belonging to prior employers. Further, Mr. Medigo has represented to me that he did not take any confidential or proprietary documents or information of Siemens Healthineers, and, based on our inquiries into the matter, we have no reason to doubt his representation. We are also do not have any reason to believe that any solicitation of Siemens Healthineers employees by Mr. Medigo has occurred.

With regard to any non-competition obligations, we understand that Mr. Medigo's work for NuVera Medical will not breach any lawful obligation to refrain from providing "Competing Services" to a "Competing Business" because Siemens Healthineers recently discontinued/recalled the product that Mr. Medigo had been working on and terminated his employment and that of his entire group. Even to the extent that Mr. Medigo's obligations to Siemens Healthineers are governed by New York law (although we understand that he reported to a Siemens Healthineers office located in California), in light of its shutdown of the business to which Mr. Medigo was dedicated, Siemens Healthineers obviously has no legitimate interest in preventing Mr. Medigo from working.

We appreciate your calling this situation to our attention so that we could address it, and we trust that the foregoing fully addresses any concerns that Siemens Healthineers may have regarding these matters.

                                           Sincerely,

                                           *Todor Jeliaskov*

                                           Todor Jeliaskov
                                           President and Chief Executive Officer

      cc:    Anthony Medigo