# EXHIBIT B



November 18, 2020

**BY EMAIL ONLY**

Anthony Medigo
111 Fulton St
Apt 501
New York, NY 10038
amedigo@gmail.com

Dear Anthony:

As we have discussed, we anticipate that your services will no longer be required in connection with a corporate reorganization expected to occur next month.  Further, as we have discussed, you are relieved of your duties with immediate effect.  To the extent you have not already done so, please make arrangements to return all NuVera property as soon as practicable.  We thank you for your efforts and we will be in touch in the near future regarding a separation package.

Sincerely,

*Todor Jeliaskov*
Todor Jeliaskov
President and Chief Executive Officer