UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., <br><br>                              Plaintiff, <br><br> -v- <br><br> ANTHONY MEDIGO, <br><br>                              Defendants. | 20-CV-9634 (JPO) <br><br> ORDER |

J. PAUL OETKEN, District Judge:

Plaintiff filed several documents without viewing restrictions. The Court respectfully directs the Clerk of Court to strike document numbers 1, 5, 6, 7, and 8 from the docket but retain the summary docket text for the record

The redacted versions of document numbers 1, 5, 6, 7, and 8 remain available at Docket Number 12. Plaintiff is instructed to file unredacted versions of these documents under seal using ECF's sealed-filing functionality on or before December 7, 2020.

SO ORDERED.

Dated: November 30, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge